UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/20/10

ELI WILAMOWSKY,

                    Plaintiff,

        -v-

TAKE TWO INTERACTIVE SOFTWARE,
INC., *et al.*,

                    Defendants.

No. 10 Civ. 7471 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a proposed briefing schedule from the parties. The briefing schedule is adopted with the following modifications.

IT IS HEREBY ORDERED THAT Defendants' time in which to answer the Complaint is extended to November 17, 2010. Should Defendants wish to file a motion to dismiss prior to answering the Complaint, Defendants shall submit a pre-motion letter that conforms to Rule 2.A. of my Individual Practices by November 17, 2010. Defendants' time in which to move or otherwise respond to the Complaint will be stayed until the Court holds a pre-motion conference. Consistent with my Individual Practices, Plaintiff shall respond to Defendants' pre-motion letter within three business days from service of the initial letter.

SO ORDERED.

DATED:        October 20, 2010
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE