UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILAMOWSKY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC., RYAN BRANT, TODD EMMEL, ROBERT FLUG, and OLIVER GRACE,<br><br>　　　　　　Defendants | No. 10-cv-7471-RJS<br>(ECF case)<br>rel. No. 1:06-cv-0803<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

　　　　PLEASE TAKE NOTICE that Take-Two Interactive Software, Inc. appears in the case captioned above by its counsel, Colby A. Smith of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated:　Washington, D.C.
　　　　October 21, 2010

　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP

　　　　　　　　　　　　　　　By:  ＿＿/s/ Colby A. Smith＿＿＿＿
　　　　　　　　　　　　　　　　　Colby A. Smith (2214450)
　　　　　　　　　　　　　　　　　casmith@debevoise.com
　　　　　　　　　　　　　　　　　555 13th Street, N.W.
　　　　　　　　　　　　　　　　　Suite 1100E
　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　(202) 383-8000

　　　　　　　　　　　　　　　　　*Attorney for Take-Two Interactive Software, Inc.*