AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

ELI WILAMOWSKY,
      Plaintiff,

vs.

TAKE TWO INTERACTIVE SOFTWARE, INC., RYAN BRANT, TODD EMMEL, ROBERT FLUG, and OLIVER GRACE,
      Defendants

**APPEARANCE**

Case Number: 10-CV-7471 -RJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Todd Emmel, defendant in the above-captioned case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/17/2010 | *(signature)* |
| Date | Signature |
| | Louisa B. Childs     LC-0935 |
| | Print Name     Bar Number |
| | King & Spalding; 1185 Avenue of the Americas |
| | Address |
| | New York     NY     10036 |
| | City     State     Zip Code |
| | (212) 556-2128     (212) 556-2222 |
| | Phone Number     Fax Number |