AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

ELI WILAMOWSKY,

           Plaintiff,

     VS.

TAKE TWO INTERACTIVE SOFTWARE,
INC., RYAN BRANT, TODD EMMEL,
ROBERT FLUG, and OLIVER GRACE,

           Defendants

**APPEARANCE**

Case Number:  10-CV-7471-RJS

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Todd Emmel, defendant in the above-captioned case.

    I certify that I am admitted to practice in this court.

| 11/17/2010 | | _Andrew C. Hruska_ | |
|---|---|---|---|
| Date | | Signature | |
| | | Andrew C. Hruska | AH-3224 |
| | | Print Name | Bar Number |
| | | King & Spalding; 1185 Avenue of the Americas | |
| | | Address | |
| | | New York | NY | 10036 |
| | | City | State | Zip Code |
| | | (212) 556-2278 | (212) 556-2222 |
| | | Phone Number | Fax Number |