UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELI WILAMOWSKY,

Plaintiff,

-v-

TAKE TWO INTERACTIVE SOFTWARE,
INC., *et al.*,

Defendants.



No. 10 Civ. 7471 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

This matter was assigned to my docket as related to the action docketed at No. 06 Civ. 803.
By Order dated October 20, 2010, the Court extended Defendants' time to move to dismiss or
otherwise answer the Complaint until November 17, 2010. The Court is now in receipt of a
pre-motion letter from Defendants, dated November 17, 2010, setting forth grounds for a
contemplated motion to dismiss. Consistent with my Individual Practices, Plaintiff's responsive
letter shall be due on November 22, 2010. Accordingly,

The parties are HEREBY ORDERED to appear for an initial and pre-motion conference on
Tuesday, December 14, 2010, at 9:45 a.m. in Courtroom 21C of the United States District Court
for the Southern District of New York, 500 Pearl Street, New York, New York.

IT IS FURTHER HEREBY ORDERED THAT, by Monday, December 6, 2010, at 4:00
p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following
information in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses
thereto;

(2)    A brief explanation of why jurisdiction and venue lie in this Court;

(3)    A brief description of all outstanding motions and/or outstanding requests
to file motions;

(4)    A brief description of any discovery that has already taken place, and that
which will be necessary for the parties to engage in meaningful settlement
negotiations;

(5)    A list of all prior settlement discussions, including the date, the parties

involved, and the approximate duration of such discussions, if any;

(6)    The estimated length of trial; and

(7)    Any other information that you believe may assist this Court in resolving this action.

Defendants' time in which to respond to the Complaint is stayed until the pre-motion conference scheduled to be held on December 14, 2010.

SO ORDERED.

DATED:    November 17, 2010
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE