UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ELI WILAMOWSKY,

        Plaintiff,

       v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,    No. 10-cv-7471-RJS
RYAN BRANT, TODD EMMEL, ROBERT
FLUG, and OLIVER GRACE,    **ECF**

        Defendants,    **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      PLEASE TAKE NOTICE that Defendant Oliver Grace appears in the above-captioned case by his counsel, Charles A. Stillman of Stillman Friedman & Shechtman, P.C. The undersigned respectfully requests that notice of electronic filing of all papers in this action be transmitted to him at the address set forth below.

Dated: New York, New York
       December 6, 2010

                        STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                        By: : _____/s/_____
                            Charles A. Stillman (CS-0154)
                            425 Park Avenue
                            New York, NY 10022
                            (212) 223-0200
                            cstillman@stillmanfriedman.com