UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
ELI WILAMOWSKY, :
:
        Plaintiff, :
:
    v. :
:
TAKE-TWO INTERACTIVE SOFTWARE, INC., :   No. 10-cv-7471-RJS
RYAN BRANT, TODD EMMEL, ROBERT :
FLUG, and OLIVER GRACE, :   **ECF**
:
        Defendants, :   **NOTICE OF APPEARANCE**
:
:
::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that Defendant Oliver Grace appears in the above-captioned case by his counsel, Michael J. Grudberg of Stillman Friedman & Shechtman, P.C. The undersigned respectfully requests that notice of electronic filing of all papers in this action be transmitted to him at the address set forth below.

Dated: New York, New York
       December 6, 2010

                      STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                      By: : _____/s/_____
                          Michael J. Grudberg (MG 7557)
                          425 Park Avenue
                          New York, NY  10022
                          (212) 223-0200
                          mgrudberg@stillmanfriedman.com