UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ELI WILAMOWSKY,

        Plaintiff,

        v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,   No. 10-cv-7471-RJS
RYAN BRANT, TODD EMMEL, ROBERT
FLUG, and OLIVER GRACE,   **ECF**

        Defendants,   **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        PLEASE TAKE NOTICE that Defendant Oliver Grace appears in the above-captioned case by his counsel, Nathaniel I. Kolodny of Stillman Friedman & Shechtman, P.C. The undersigned respectfully requests that notice of electronic filing of all papers in this action be transmitted to him at the address set forth below.

Dated: New York, New York
      December 6, 2010

                              STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

                              By: :  _____/s/_____
                                    Nathaniel I. Kolodny (NK 1792)
                                    425 Park Avenue
                                    New York, NY  10022
                                    (212) 223-0200
                                    nkolodny@stillmanfriedman.com