UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELI WILAMOWSKY, | ) ) ) |
| Plaintiff, | ) ) **NOTICE OF APPEARANCE** |
| v. | ) ) No. 10-cv-7471-RJS |
| TAKE TWO INTERACTIVE SOFTWARE, INC., RYAN BRANT, TODD EMMEL, ROBERT FLUG, and OLIVER GRACE, | ) ) FILED ELECTRONICALLY ) |
| Defendants. | ) ) |

PLEASE TAKE NOTICE that Sullivan & Cromwell LLP hereby appears as

counsel for defendant Robert Flug, and requests that copies of all papers be served upon the

undersigned at the address set forth below.

Dated: New York, New York
       December 13, 2010

SULLIVAN & CROMWELL LLP

BY: /s/ Stephen Ehrenberg
Stephen Ehrenberg (SE-3123)
125 Broad Street
New York, NY 10004
(212) 558-4000