UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELI WILAMOWSKY,

                Plaintiff,

-v-

TAKE TWO INTERACTIVE SOFTWARE, INC., *et al.*,

                Defendants.

No. 10 Civ. 7471 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the conference held on December 14, 2010, Defendants may file their contemplated motions to dismiss by January 14, 2011. Plaintiff's response to the motions is due February 14, 2011, and Defendants' reply briefing is due February 28, 2011.

SO ORDERED.

DATED:     December 14, 2010
               New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE