USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ELI WILAMOWSKY,

                Plaintiff,                      10 **CIVIL** 7471 (RJS)

        -against-                            **JUDGMENT**

TAKE-TWO INTERACTIVE SOFTWARE, INC.,
RYAN BRANT, TODD EMMEL, ROBERT FLUG,
AND OLIVER GRACE,

                Defendants.
----------------------------------------------------------X

Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on September 30, 2011, having rendered its Opinion and Order granting Defendants' motions to dismiss and dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2011, Defendants' motions to dismiss are granted, and the complaint is dismissed with prejudice; accordingly, the case is closed.

Dated: New York, New York
       September 30, 2011

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                          BY:

                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____